■ THE PEOPLE OF THE STATE OF NEW YORK v ANTONIO ROMAN.—Reargument granted and the order of this court entered on May 23, 1989 (150 AD2d 252) and the accompanying memorandum decision are vacated by reason of appellant's death, as indicated. Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ.

■ In the Matter of REAPE v ADDUCI.—Motion for reargument of the order of this court (151 AD2d 290) entered on June 13, 1989 granted to extent of deleting the words "without costs and without disbursements" appearing at the end of the order and substituting therefor the words "and petitioner shall recover of respondents $250 costs and disbursements of this appeal." Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v TONY RAMOS. —Motion for vacatur of a prior order of this court granted and the order entered on October 27, 1987 (133 AD2d 589) is vacated, and counsel is directed to file a supplemental brief for the January 1990 Term, all as indicated. Concur—Sullivan, J. P., Carro, Kassal and Wallach, JJ.